IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| FRANKIE SHEARRY, JR., | * |
| Petitioner, | * |
| v. | Case No. 7:19-CR-42 (WLS) |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 29, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 2nd day of September, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk